Minutes of the United States District Court
Southern District of California
JULY 28, 2008

HON. JAN M. ADLER                    DEPUTY CLERK: R. RHONE

TAPE NO. JMA08-11:25-11:28

08CR1754-BEN          USA     vs.     FRANCISCO JAVIER CONTRERAS - 15224047 (C)

STATUS

DEVIN BURSTIN, FEDERAL DEFENDERS, INC

AUSA: DOMINIC KALDUM

GOVT'S ORAL MOTION TO DISMISS CASE - GRANTED [16-1]
ALL PENDING DATES VACATED
ABSTRACT ISSUED TO USM

1 MINUTE