UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER CONTRERAS,<br><br>                    Defendant. | CASE NO. 08CR1754-BEN<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUL 29 2008<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: Ct 1 - Illegal Entry (Mis);Ct 2&3 - Illegal Entry (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/08

                                            JAN M. ADLER
                                            UNITED STATES DISTRICT JUDGE

                                            ENTERED ON _____