UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

FRANCISCO JAVIER CONTRERAS,

              Defendant.

CASE NO. 08CR1754-BEN

JUDGMENT OF DISMISSAL


FILED
JUL 29 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: Ct 1 - Illegal Entry (Mis); Ct 2&3 - Illegal Entry (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/08

                        _____
                        JAN M. ADLER
                        UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 7/30/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____